IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **ESTATE OF K. MUHAMMAD,** *et al* : | |
| : | |
| **Plaintiffs,** : | **Civil Action No.** |
| v. : | **2:25-CV-03480-MWC-MAR** |
| : | |
| **RCA RECORDS** *et al.,* : | |
| **Defendants.** : | |

### MOTION TO EXTEND TIME TO SERVE SUMMONS UPON DEFENDANT D'ANGELO AND THE VANGUARD AND MICHAEL EUGENE PARKER AND P/K/A D'ANGELO

COMES NOW Plaintiff, in compliance with the Court's Order of 7/18/25 [Doc.19] and in accordance with F.R.C.P 5(b)(2). The Plaintiff is requesting an extension of time to serve Defendant D'ANGELO AND THE VANGUARD AND MICHAEL EUGENE PARKER P/K/A D'ANGELO] until the date of September 30, 2025.

Plaintiff has successfully completed summons on Defendant RCA Records on 7/29/25 [Doc. 33] and Defendant Sony Music Entertainment [Doc.34] on 7/29/25.

Plaintiff has attempted to serve D'ANGELO AND THE VANGUARD and MICHAEL EUGENE PARKER P/K/A D'ANGELO in good faith. Plaintiff has attached Affidavits of Non-Service for the Defendants at the verified last known addresses in Midlothian VA on 7/30/25 [Ex. 1] and on 8/1/25 in New York City [Ex 2].

Plaintiff, in good faith, is pursuing the service upon Defendant. Plaintiff has located Defendant's legal counsel and mat effectuate a waiver of service via

Defendant's attorney. District courts have discretion to grant extensions, especially when good cause exists.

In addition, Plaintiff needs additional time to correct a misnomer in the original Complaint. Defendant's legal name is Michael Eugene *Archer*, not Michael Eugene *Parker* as listed in the Complaint. Plaintiff intends to address this correction and file an amended complaint next week.

THEREFORE, having demonstrated good cause and having exhibited good faith efforts to prosecute this case, Plaintiff's pleads this court, pursuant to the Federal Rules of Civil Procedure, an additional 60 days, until the date of **September 30, 2025** to serve process on Defendant D'Angelo and the Vanguard and Michael Eugene Parker p/k/a D'Angelo.,

Dated:  8/1/25

        LAW OFFICE MIFFLIN & ASSOCIATES

        By: _/S/Kenneth Mifflin/s/
        KENNETH MIFFLIN.
        Attorney For Plaintiff
        4309 S. Western Ave.
        Los Angeles, CA. 90062
        Tel: (323) 291-1221
        Bar# 170599
        [local counsel]