IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF K. MUHAMMAD, *et al*  :  <br> : <br> Plaintiffs,  : <br> : <br> v.  : <br> : <br> : <br> : <br> RCA RECORDS *et al.*,  : <br> : <br> Defendants.  : | Civil Action No. <br> 2:25-CV-03480-MWC-MAR |

### ORDER ON EXTENSION OF TIME TO SERVE SUMMONS (DKT. 35)

Having received Plaintiff's MOTION TIME TO EXTEND SERVICE OF SUMMONS IN THE ABOVE CAPTIONED MATTER FOR DEFENDANT D'ANGELO AND THE VANGUARD and MICHAEL EUGENE PARKER p/k/a D'ANGELO

The Court **DENIES IN SUBSTANTIAL PART** Plaintiffs' motion for lack of good cause but nonetheless provides Plaintiffs with an additional fourteen (14) days to serve Defendants. Plaintiffs shall dismiss all unserved Defendants from the action.

DATED: August 4, 2025

*/s/ Michelle W. Court*

_____
**HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT COURT**