1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ESTATE OF K. MUHAMMAD, *et al.*,

     Plaintiffs,

  v.

RCA RECORDS, *et al.*,

     Defendants.

Case No.: 2:25-cv-03480-MWC-MAR

**ORDER DENYING STIPULATION TO EXTEND TIME FOR DEFENDANTS SONY MUSIC ENTERTAINMENT, RCA RECORDS, AND MICHAEL EUGENE PARKER TO RESPOND TO COMPLAINT (DKT. 40)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court, having read and considered the joint stipulation filed on behalf of
Plaintiffs Estate of K. Muhammad and Paula White-Rushiddin (collectively, "Plaintiffs")
and Defendants Sony Music Entertainment, RCA Records, and Michael Eugene Parker
(collectively "Stipulating Defendants"), **DENIES** the joint stipulation for lack of good
cause.

　　　　　**IT IS SO ORDERED.**

Dated: October 1, 2025

_____
Hon. Michelle Williams Court
United States District Judge