Peter Anderson, Esq. (Cal. Bar No. 88891)
  peteranderson@dwt.com
Cristina Salvato, Esq. (Cal. Bar No. 295898)
  tinasalvato@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California  90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
SONY MUSIC ENTERTAINMENT,
also sued as RCA RECORDS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ESTATE OF K. MUHAMMAD; HAROLD MOORE JR. And PAULA WHITE-RUSHIDDING (Estate Administrator) <br><br> Plaintiff, <br><br> vs. <br><br> RCA RECORDS, SONY MUSIC ENTERTAINMENT, MICHAEL EUGENE PARKER (P/K/A D'ANGELO), D'ANGELO & THE VANGUARD, OTHER UNNAMED DEFENDANTS, <br><br> Defendants. | Case No. 2:25-cv-03480-MWC-MAR <br><br> ANSWER TO COMPLAINT |

Defendant Sony Music Entertainment, also sued as RCA Records ("Defendant"), answers the Complaint of plaintiff Paula White-Rushidding, who also sues as Estate of K. Muhammad ("Plaintiff"), as follows:

## "INTRODUCTION"

## "Defendant's Unauthorized Exploitation of KHALLID ABDUL MUHAMMAD's Speeches"[1]

1. Answering paragraph 1 of the Complaint, Defendant admits that Plaintiff purports to sue for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, and purports to seek damages and injunctive relief, and denies each and every remaining allegation contained therein.

2. Answering paragraph 2 of the Complaint, Defendant denies each and every allegation contained therein.

3. Answering paragraph 3 of the Complaint, Defendant admits that Plaintiff purports to sue for copyright infringement, and Defendant denies each and every remaining allegation contained therein.

4. Answering paragraph 4 of the Complaint, which appears to be an image incorporated into the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

5. Answering paragraph 5 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

///

///

---

[1] Defendant includes the section headings from the Complaint in this Answer purely for ease of organization; to the extent those headings include any allegations of fact, Defendant denies each and every allegation thereof.

6. Answering paragraph 6 of the Complaint, Defendant denies infringing the Plaintiff's claimed copyright and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

7. Answering paragraph 7 of the Complaint, including its accompanying and apparent hyperlinks, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

8. Answering paragraph 8 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

9. Answering paragraph 9 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

10. Answering paragraph 10 of the Complaint, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

11. Answering paragraph 11 of the Complaint, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

"**THE PARTIES**"

12. Answering paragraph 12 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations

///

contained therein and, on that basis, denies each and every allegation contained therein.

13. Answering paragraph 13 of the Complaint, Defendant denies that RCA Records is a subsidiary of Defendant, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

14. Answering paragraph 14 of the Complaint, Defendant denies each and every allegation contained therein.

15. Answering paragraph 15 of the Complaint, Defendant admits that it is the copyright claimant under copyright Registration No. SR0000767730, and denies each and every allegation contained therein.

## "JURISDICTION AND VENUE"

16. Answering paragraph 16 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant admits that Plaintiff claims the Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a), and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

17. Answering paragraph 17 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant admits that Plaintiff claims venue is proper in this District under 28 U.S.C. § 1400(a), denies that Defendant resides in this District, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

# "FACTUAL BACKGROUND"

## "Defendant's Unauthorized Exploitation of KHALLID ABDUL MUHAMMAD's Speeches"

18. Answering paragraph 18 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

19. Answering paragraph 19 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

20. Answering paragraph 20 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

21. Answering paragraph 21 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

22. Answering paragraph 22 of the Complaint, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

23. Answering paragraph 23 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

///

24. Answering paragraph 24 of the Complaint, Defendant denies that RCA Records is a jural entity, denies that Defendant has infringed Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

25. Answering paragraph 25 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

26. Answering paragraph 26 of the Complaint, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

27. Answering paragraph 27 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

28. Answering paragraph 28 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained

therein and, on that basis, denies each and every remaining allegation contained therein.

29.     Answering paragraph 29 of the Complaint, Defendant denies each and every allegation contained therein.

<strong>"<u>CAUSE OF ACTION</u>"</strong>
<strong>"<u>COPYRIGHT INFRINGEMENT</u>"</strong>
<strong>"Direct, Contributory, and Vicarious Copyright Infringement Against All Defendants"</strong>

30.     Answering paragraph 30 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

31.     Answering paragraph 31 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

32.     Answering paragraph 32 of the Complaint, to Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

33.     Answering paragraph 33 of the Complaint, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

///

34. Answering paragraph 34 of the Complaint, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

35. Answering paragraph 35 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

36. Answering paragraph 36 of the Complaint, Defendant denies infringing Plaintiff's claimed copyright, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies each and every remaining allegation contained therein.

37. Answering paragraph 37 of the Complaint, Defendant denies each and every allegation contained therein.

38. Answering paragraph 38 of the Complaint, Defendant denies each and every allegation contained therein.

39. Answering paragraph 39 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies each and every allegation contained therein.

40. Answering paragraph 40 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies each and every allegation contained therein.

///

## "CONCLUSION"

41. Answering paragraph 41 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies each and every allegation contained therein.

42. Answering paragraph 42 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies each and every allegation contained therein.

43. Answering paragraph 43 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

44. Defendant does not presently know all of the facts and circumstances relating to Plaintiff's claim and reserves the right to amend this Answer, including but not limited to adding different or additional affirmative defenses. Subject to the foregoing, and without waiving or excusing Plaintiff's burden of proof, or admitting that any of the following are affirmative defenses upon which Defendant has any burden of proof as opposed to denials of matters as to which Plaintiff has the burden of proof, or that Defendant has any burden of proof at all, Defendant hereby asserts the following affirmative defenses.

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

45. Plaintiff's Complaint and its purported claims for relief fail to state claims upon which relief may be granted.

///

///

## SECOND AFFIRMATIVE DEFENSE
### (Lack of Standing)

46. Plaintiff's claims for relief are barred, in whole or in part, because Plaintiff lacks standing to sue, including under § 501(b) of the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*

## THIRD AFFIRMATIVE DEFENSE
### (Lack of Capacity)

47. Plaintiff, or the alleged Estate, or both, lack capacity to sue.

## FOURTH AFFIRMATIVE DEFENSE
### (Independent Creation)

48. Each of Plaintiff's claims for relief is barred, in whole or in part, because the allegedly infringing work was created independently of the allegedly infringed work.

## FIFTH AFFIRMATIVE DEFENSE
### (Lack of Originality or Protectability)

49. Each of Plaintiff's claims for relief is barred, in whole or in part, because the allegedly copied elements or materials lack originality or otherwise are not protected by copyright.

## SIXTH AFFIRMATIVE DEFENSE
### (Plaintiff's Lack of Ownership of the Allegedly Copied Material)

50. Each of Plaintiff's claims for relief is barred, in whole or in part, because Plaintiff does not own the allegedly infringed copyright or any other rights in or to the portions of the claimed works that are allegedly copied.

## SEVENTH AFFIRMATIVE DEFENSE
### (Fair Use)

51. Without admitting the alleged use of any copyrighted material allegedly owned by Plaintiff, which is denied, the conduct of which Plaintiff complains constitutes fair use.

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Comply with Copyright Act Formalities)

52. Plaintiff's claims and/or remedies Plaintiff seeks are barred by the failure to comply with the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, including but not limited to 17 U.S.C. §§ 401 and 408, and each of them.

## NINTH AFFIRMATIVE DEFENSE

### (Waiver)

53. Plaintiff's claims and/or the remedies Plaintiff seeks are barred by the doctrine of waiver.

## TENTH AFFIRMATIVE DEFENSE

### (License)

54. Without admitting the use of any copyrighted material allegedly owned by Plaintiff, which is denied, the conduct of which Plaintiff complains was impliedly and/or expressly licensed.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Laches)

55. Plaintiff's claims and/or the remedies Plaintiff seeks are barred by the doctrine of laches.

## TWELFTH AFFIRMATIVE DEFENSE

### (Estoppel)

56. Plaintiff's claims and/or the remedies Plaintiff seeks are barred by the doctrine of estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

57. Plaintiff's claims and/or the remedies Plaintiff seeks are barred by the doctrine of unclean hands.

///

///

### FOURTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

58. Plaintiff's claims and/or the remedies Plaintiff seeks are barred by the applicable statute of limitations under 17 U.S.C. § 507(b).

### FIFTEENTH AFFIRMATIVE DEFENSE

### (No Injunctive Relief)

59. Plaintiff's Complaint, to the extent that it seeks injunctive relief, is barred because the injury or damage allegedly suffered by Plaintiff, if any, would be adequately compensated in an action at law for damages, and therefore Plaintiff is not entitled to equitable relief.

### SIXTEENTH AFFIRMATIVE DEFENSE

### (No Statutory Damages or Attorneys' Fees)

60. Plaintiff's request for statutory damages and attorneys' fees is barred because Plaintiff's purported copyright was not validly registered before the alleged infringement commenced or within three months of its first publication.

### RESERVATION OF RIGHTS

61. Defendant reserves the right to assert additional affirmative defenses if discovery or Defendant's investigation reveals grounds for the assertion of the additional defenses, including without limitation affirmative defenses that are referenced in Rule 8(c) of the Federal Rules of Civil Procedure or are otherwise available under applicable law.

### PRAYER FOR RELIEF

**WHEREFORE**, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by way of her Complaint and that the Complaint be dismissed with prejudice;

///

///

///

1     2.     That Defendant be awarded its costs and attorneys' fees; and

2     3.     For such other and further relief as the Court deems just and proper.

Dated: October 2, 2025

                             /s/ Peter Anderson
                             Peter Anderson, Esq.
                             Cristina Salvato, Esq.
                             DAVIS WRIGHT TREMAINE LLP
                             Attorneys for Defendant
                             SONY MUSIC ENTERTAINMENT,
                             also sued as RCA RECORDS