UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESTATE OF K. MUHAMMAD; HAROLD MOORE JR. And PAULA WHITE-RUSHIDDING (Estate Administrator),<br><br>Plaintiff,<br><br>vs.<br><br>RCA RECORDS, SONY MUSIC ENTERTAINMENT, MICHAEL EUGENE PARKER (P/K/A D'ANGELO), D'ANGELO & THE VANGUARD OTHER NAMED DEFENDANTS,<br><br>Defendants. | CASE NO. 2:25-cv-03480-MWC-MARx<br><br>**ORDER DENYING STIPULATION TO STAY ACTION (DKT. 51)** |

1 | The Court, having read and considered the joint stipulation to stay action due
2 | to the death of defendant Michael Eugene Archer, erroneously sued herein as
3 | Michael Eugene Parker ("Archer"), filed on behalf of Plaintiffs Estate of K.
4 | Muhammad and Paula White-Rushidding and Defendant Sony Music
5 | Entertainment, also sued as RCA Records, and by counsel for Archer, **DENIES** the
6 | Stipulation for lack of good cause.

**IT IS SO ORDERED**.

Dated: November 7, 2025

_____
Hon. Michaelle Williams Court
United States District Judge